[No. 5164–1. Division One. December 5, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY
LEE PRATER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 77911, Janice Niemi, J., entered October 26,
1976. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Williams and Andersen, JJ.

[No. 2541–2. Division Two. December 6, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE
POMEROY, *Appellant*.

Appeal from a judgment of the Superior Court for
Clallam County, No. 4531, Tyler C. Moffett, J., entered
August 6, 1976. *Affirmed* by unpublished opinion per Reed,
J., concurred in by Pearson, C.J., and Petrie, J.

[No. 3816–1. Division One. December 12, 1977.]

CRAMER CORPORATION, *Appellant*, v. FARWEST
MANUFACTURING DIVISION, INC., ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 747504, William C. Goodloe, J., entered April
14, 1975. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by James and Callow, JJ.